■ LA MARCHE v POWER TEST PETROLEUM DISTRIBUTORS.— Motion for reargument denied, and, *sua sponte,* fourth para-

graph of first page of memorandum decision of this court accompanying its order entered on March 27, 1986 (118 AD2d 521) deleted, in its entirety, and following paragraph substituted in its place and stead: "In 1981 and 1982, plaintiff Celeste La Marche's husband, Louis, entered into contracts with PT for the leasing of gas stations owned by it." Concur—Murphy, P. J., Kupferman, Lynch, Milonas and Rosenberger, JJ.